IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN P. RAYNOR, ) | Case Number:   4:06CV3244 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| STATE OF NEBRASKA, EX. RE. STATE ) | |
| BOARD OF PUBLIC ACCOUNTANCY OF ) | |
| THE STATE OF NEBRASKA, ) | |
| ) | |
| Defendant. ) | |

The court has received an executed consent form and finds that the case should be reassigned to a magistrate judge.  Accordingly,

IT IS ORDERED that this case is reassigned to Magistrate Judge F.A. Gossett for disposition and  judicial supervision and processing of all pretrial matters.

DATED this 21st day of December, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court