Case: 4:06-cv-03244-FG3    Document #: 9    Date Filed: 11/07/2006    Page 3 of 7

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| John P. Raynor, ) | Case Number: 4:06 CV 3244 |
| ) | |
| Pro Se Plaintiff(s), ) | CONSENT TO EXERCISE OF JURISDICTION |
| v. ) | BY A UNITED STATES MAGISTRATE JUDGE |
| State of Nebraska, Ex. rel., ) | |
| State Board of Public Accountancy ) | |
| of the State of Nebraska, ) | |
| Defendant(s). ) | |

CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For John P. Raynor | 12/19/06 |
| [signature] Lynn A. Melton | For State of Nebraska, Ex rel. State Board of Public Accountancy of the State of Nebraska | 12-18-06 |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States magistrate judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| | For | |
| | For | |
| | For | |
| | For | |