# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN P. RAYNOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JIM R. TITUS, DOUGLAS W. SKILES,** | ) | **8:06CV3244** |
| **WILLIAM C. NUCKOLLS, RICHARD** | ) | |
| **G. ZACHARIA, ANNE K. FUHRMAN,** | ) | **ORDER** |
| **THOMAS M. OBRIST, KATE KING** | ) | |
| **WU and MICHAEL WASSINGER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This case is before the magistrate judge by consent of the plaintiff.[1]  The court file shows that all the defendants were served with summons by certified mail between May 8 and May 14, 2007. None of the defendants have timely answered or otherwise responded to the Amended Complaint [21].

It remains plaintiff's duty to go forward in prosecuting the case by, for example, obtaining an entry of default and filing a motion for default judgment.

**IT THEREFORE IS ORDERED** that plaintiff is given until **August 15, 2007** to obtain an entry of default and file a motion for default judgment, or take other appropriate action to prosecute the case.  If appropriate action is not taken, this case will be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute with reasonable diligence.

**DATED July 25, 2007.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**

---

[1] The former defendant, State of Nebraska, *ex rel.* State Board of Public Accountancy, consented to jurisdiction by the magistrate judge.  The currently named defendants, however, have not.