IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. RAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JIM R. TITUS, DOUGLAS W. SKILES, | ) | 8:06CV3244 |
| WILLIAM C. NUCKOLLS, RICHARD | ) | |
| G. ZACHARIA, ANNE K. FUHRMAN, | ) | ORDER |
| THOMAS M. OBRIST, KATE KING | ) | |
| WU and MICHAEL WASSINGER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Since all parties to this case have not consented to jurisdiction by the Magistrate Judge,

**IT IS ORDERED** that the Clerk of the Court shall reassign this case, and the Report and Recommendation [50] filed this date, to an Article III district judge in accordance with NEGenR 1.4(a)(2).

**DATED August 30, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**