IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. RAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3244 |
| | ) | |
| v. | ) | |
| | ) | |
| JIM R. TITUS, DOUGLAS W SKILES, WILLIAM C. NUCKOLLS, RICHARD G. ZACHARIA, ANNE K. FUHRMAN, THOMAS M. OBRIST, KATE KING WU, and MICHAEL WASSINGER, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on plaintiff's opposition, Filing No. 61, to defendant's motion for extension of time. The court ruled on the defendants' motion and granted the extension, Filing No. 60, prior to plaintiff's motion currently before the court. The court finds the motion to be without merit.

THEREFORE, IT IS ORDERED that plaintiff's motion in opposition, Filing No. 61, is denied.

DATED this 2nd day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge